**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 2010387-VFP |
| Bruce Simmons | CHAPTER 13 |
| Debtor. | JUDGE Vincent F. Papalia. |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM (Doc. 62)

U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ('Creditor'), by and through their undersigned authorized agent, hereby withdraws their Transfer of Claim, filed on January 15, 2021 (Doc. 62).

Respectfully Submitted,

/s/ D. Anthony Sottile
D. Anthony Sottile (OH 0075101)
Sottile and Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com